## PRESIDENT AND COMMISSIONERS OF THE TOWN OF ELKTON

*vs.*

## EDWARD T. LYNCH.

Appeal from the Circuit Court for Cecil County (WICKES, J.).

Petition for mandamus by Edward T. Lynch against the President and Commissioners of the Town of Elkton, a body corporate. From an order overruling respondent's demurrer to the petition, and directing the writ to issue, respondent appeals. Reversed.

The cause was argued, together with that next preceding, before BOYD, C. J., BRISCOE, THOMAS, PATTISON, URNER, STOCKBRIDGE, and OFFUTT, JJ.

*Isaac Lobe Straus,* for the appellant.

*Joshua Clayton,* for the appellee.

OFFUTT, J., delivered the opinion of the Court.

The questions involved in this appeal, having been dealt with in the case of the President and Commissioners of the Town of Elkton, Md., against Ellsworth N. Sweet, decided at this term, it is unnecessary to refer to them in this case, and for the reasons assigned in that case, the *per curiam* overruling the motion to dismiss the appeal in this case, reversing the order appealed from and dismissing the petition, was heretofore passed in this case.

*Opinion filed November 16th, 1922*